1  TEAGUE P. PATERSON, SBN 226659
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Telephone:   (510) 625-9700
3  Facsimile:   (510) 625-8275
   Email:       tpaterson@beesontayer.com
4
   Attorneys for Plaintiff
5  Tri-Counties Welfare Trust Fund

6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       AT SAN JOSE

10 | TRI-COUNTIES WELFARE TRUST FUND, | Case No. CV-07-5941 JW
11 |                        Plaintiff, |
12 |         v.                        | **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND COURT DOCUMENTS**
13 | KELVIN HILDEBRAND, HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING d/b/a MG TRUCKING, and KELVIN HILDEBRAND, |
14 |
15 |
16 |                        Defendant. |

PROOF OF SERVICE OF SUMMONS & COMPLAINT
Case No. CV-07-5941 JW                                         74217.doc

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| | Ref. No. Or File No.<br>W2487985 | |
| Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
TRUSTEES

Defendant:
KELVIN HILDEBRAND, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div | Case Number:<br>07-5941 JW |
|---|---|---|---|---|

I, Raymond Peterson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : KELVIN HILDEBRAND

By Serving : DON LAMBERT, Person in Charge

Address : 6 Lewis Road , Watsonville, California 95076
Date & Time : Thursday, December 6, 2007 @ 2:44 p.m.
Witness fees were : Not applicable.

Person serving:
Raymond Peterson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 68
 (3) County: Monterey
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: _____
Raymond Peterson


Printed on recycled paper

TEAGUE P. PATTERSON, ESQ. (226659)
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, California 94612
Telephone: (510) 625-9700
Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s): TRUSTEES
Defendant(s): KELVIN HILDEBRAND, et al.

Hearing Date:
Time:        Dept.

| Invoice No. W2487985 | DECLARATION RE DILIGENCE | Case No. 07-5941 JW |
|---|---|---|

I **Raymond Peterson**, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### KELVIN HILDEBRAND

(3) Alternate Address : ,
(2) Business Address : 6 Lewis Road, Watsonville, California 95076
(1) Residence Address : Unknown,

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 12/04/07 | 12:00 p.m. | Subject not in. | B |
| 12/05/07 | 4:04 p.m. | Subject not in. | B |
| 12/06/07 | 2:44 p.m. | Subserved DON LAMBERT, Person in charge. | B |

This Declaration is based upon business records maintained in the normal course of business I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on December 10, 2007        Signature:_____
                                      Raymond Peterson

**WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper

TOTAL P.02

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| | Ref. No. Or File No.<br>W2487985 | |
| Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES

Defendant:
KELVIN HILDEBRAND, et al.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-5941 JW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 7, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

KELVIN HILDEBRAND
6 Lewis Road
Watsonville, California 95076

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: _____
Scott Simons

Judicial Council form, rule 982(a) (23)