

6 Lewis Road • Watsonville, CA 95076 • Phone (831) 722-3006 • Fax (831) 722-0658

FILED
2007 DEC 14  P 3: 32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

December 13, 2007

Teague Paterson, SBN 226659
BEASON, TAYER & BODINE
1404 Franklin Street – 5th Floor
Oakland, Ca 94612

Reference:  CASE NUMBER; CV 07 5941 JW
TRUSTEES OF TRI-COUNTIES WELFARE TRUST FUND

Dear Sir:

In answer to the complaint against HILDEBRAND & SON TRUCKING, INC. please be advised there is no association between Kelvin Hildebrand, Inc., Hildebrand Bros. Trucking or West Coast Drayage.

Hildebrand & Son has been the prime trucker for Granite Construction – Monterey Bay since 1955. They have also had a Union Contract with Local 890 since 1960. During this period they have paid all Medical and Pension required in a timely fashion.

Each year there is an extensive audit performed by Lindquist LLP, certified public accounts retained by Tri-Counties Welfare Trust Fund and they have found no discrepancies.

Hildebrand & Son Trucking provides fueling facilities and truck parking for approximately 23 different companies. Kelvin Hildebrand, Inc. and West Coast Drayage have portable office space on our premises and pay yard, shop and office space fees.

Based on the above facts, we request that Hildebrand & Son Trucking, Inc. be removed from this complaint.

Sincerely,

*Dorothea T. Hildebrand*

DOROTHEA M. HILDEBRAND
President

cc:  Richard W Wieking, Clerk
United States District Court