

# MORYA GULARTE TRUCKING
P. O. Box 6202 ~ 333A Espinosa Road ~ Salinas, CA 93912
Phone: (831) 449-0370 ~ Fax: (831) 722-0658
CA#0084502

2007 DEC 14  P 3: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

December 12, 2007

Teague Paterson, SBN 226659
BEASON, TAYER & BODINE
1404 Franklin Street – 5th Floor
Oakland, Ca 94612

Reference:  CASE NUMBER: CV 07 5941 JW
            TRUSTEES OF TRI-COUNTIES WELFARE TRUST FUND

Dear Sir:

In answer to the complaint against MORYA GULARTE dba MORYA GULARTE TRUCKING, please Be advised I am no longer a stockholders of HILDEBRAND & SON TRUCKING, INC.

MORYA GULARTE TRUCKING is a sole proprietor and has never been incorporated.

Born MORYA N HILDEBRAND, I inherited stock on the death of my father IN 1972. this stock was Sold in 1982.

My association with Hildebrand & Son is through employment only.

I am also certified with the State of California as a WBE & DBE which provides G.C.Co. with Credit on all state & federal funded projects.

Based on the above facts I do not believe I should be included in this complaint and request that I be removed from same.

Sincerely,

MORYA N GULARTE
(831) 601-1644

c.c.: Clerk, U.S. District Court
      San Jose, California