# HILDEBRAND BROTHERS
## 635 SAN JUAN PASS ROAD
## CORRALITOS, CA 95076
### TELEPHONE (831) 227-5690

2007 DEC 28 PM 3:19
RICHARD W. [WIEKING]
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

December 19, 2007

Teague Patterson, SBN 226659
BEASON, TAYER & BODINE
1404 Franklin Street – 5th Floor
Oakland, Ca 94612

Reference: CASE NUMBER CV 07 5941
TRUSTEES OF TRI-COUNTIES WELFARE TRUST FUND

Dear Sir:

The above complaint was filed based on an audit performed for the period of January 1, 2004 through December 31, 2006.

Hildebrand Bros. Did not exist prior to January 2007.

This business operates out of the jurisdiction of Teamsters Local 890 loading in Santa Maria and unloading In Cupertino.

I am requesting that this company be released from the above complaint.

I am currently working with Steve Garcia of Local 890 to resolve this matter.

Sincerely,

MS. KATHLEEN ESPINOZA
Office Manager

Cc: Richard W. Wieking, Clerk
    United States District Court