| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | Ref. No. Or File No.<br>W2487980 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>TRUSTEES | | |
| Defendant:<br>KELVIN HILDEBRAND, et al. | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07-5941 JW |

I, Laurel L. Peterson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : KELVIN HILDEBRAND, INC.

By Serving        : KATHY ESPINOZA, Bookkeeper.

Address           : 6 Lewis Road , Watsonville, California 95076
Date & Time       : Tuesday, December 4, 2007 @ 12:05 p.m.
Witness fees were : Not applicable.

Person serving:
Laurel L. Peterson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 41
   (3) County: Monterey
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 6, 2007

Signature: _Laurel L. Peterson_


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | Ref. No. Or File No.<br>W2487980 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES

Defendant:
KELVIN HILDEBRAND, et al.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-5941 JW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

KELVIN HILDEBRAND, INC.
6 Lewis Road
Watsonville, California 95076

Kelvin Hildebrand, Agent for Service of Process

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 41
  (3) County: Monterey

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007        Signature: _____
                                           Scott Simons



Judicial Council form, rule 982(a) (23)