# WEST COAST DRAYAGE
## P.O. BOX 400
## WATSONVILLE, CA 95077
TELEPHONE (831) 722-3006
FAX (831) 722-2439

RECEIVED
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

December 19, 2007

Teague Patterson, SBN 226659
BEASON, TAYER & BODINE
1404 Franklin Street – 5th Floor
Oakland, Ca 94612

Reference: CASE NUMBER CV 07 5941 JW
TRUSTEES OF TRI-COUNTIES WELFARE TRUST FUND

Dear Sir:

West Coast Drayage is not affiliated with Kelvin Hildebrand, Inc. or Kelvin Hildebrand.

This Company is a sole proprietorship owned by Diane Hildebrand as a W.B.E. (Woman Business Enterprise).

W.C.D. operates as a Sub-contractor for Granite Rock Transportation. W.C.D. owns the power Units and .G.R.Co. owns the trailers – charging trailer rent and commission.

In a letter dated April 11, 2007 signed by Steve Garcia of Local 890, all grievance/issues regarding West Coast Drayage were formally withdrawn.

Please withdraw this Company immediately from this complaint.

Sincerely,

Diane Hildebrand
DIANE HILDEBRAND
Owner

Cc: Richard W. Wieking, Clerk
United States District Court