# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Trustees of the Tri-Counties Welfare Trust Fund

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Kelvin Hildebrand, Inc., Hildebrand & Sons Trucking, Inc., West Coast Drayage, Hildebrand Brothers Trucking, Morya Gularte Trucking d/b/a MG Trucking, and Kelvin Hildebrand

CV 07 5941 JW RS

TO: (Name and address of defendant)

Kelvin Hildebrand, Inc., Hildebrand & Sons Trucking, Inc., West Coast Drayage, Hildebrand Brothers Trucking, Morya Gularte Trucking d/b/a MG Trucking, and Kelvin Hildebrand
Kelvin Hildebrand Trucking
6 Lewis Road
Watsonville, CA 95076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Teague Paterson, SBN 226659
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA 94612

Phone: (510) 625-9700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 2 6 2007

Helen L. Almacen

(BY) DEPUTY CLERK