1    TEAGUE P. PATERSON, SBN 226659
     BEESON, TAYER & BODINE, APC
2    1404 Franklin Street, 5th Floor
     Oakland, CA 94612
3    Telephone:      (510) 625-9700
     Facsimile:      (510) 625-8275
4    Email:          tpaterson@beesontayer.com

5
     Attorneys for Plaintiff
6    TRI-COUNTIES WELFARE TRUST FUND

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                            **AT SAN JOSE**

11   TRI-COUNTIES WELFARE TRUST FUND,          Case No. CV-07-5941 JW

12                              Plaintiff,     **DECLARATION OF TEAGUE P.
                                               PATERSON IN SUPPORT OF**
13                  v.                         **PLAINTIFF'S REQUEST FOR ENTRY
                                               OF DEFAULT BY CLERK**
14   KELVIN HILDEBRAND, INC.,
     HILDEBRAND & SONS TRUCKING, INC.,
15   WEST COAST DRAYAGE, HILDEBRAND
     BROTHERS TRUCKING, MORYA GULARTE
16   TRUCKING, d/b/a MG TRUCKING, and
     KELVIN HILDEBRAND,
17
                                Defendant.
18

19          I, TEAGUE P. PATERSON, declare as follows:

20          1.      I am an attorney in the law firm of Beeson, Tayer & Bodine, attorneys of record for

21   the Plaintiff in the above-captioned action.

22          2.      On or about December 4, 2007, the Summons, Complaint, and accompanying court

23   documents were served on Defendant Hildebrand & Sons Trucking, Inc. by substituted service by

24   leaving copies of the documents at the Defendant's place of business with Morya Gularte, Office

25   Manager, a person apparently in charge, and over 18 years of age, who was informed of the contents

26   therein.  On or about December 4, 2007, copies of the same documents were mailed, by first class

27

28
                                                                                                  1
     **DECLARATION OF TEAGUE P. PATERSON IN SUPPORT OF**                                  80785.doc
     **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK**
     Case No. CV-07-5941 JW

1
2

mail, to the same address where the copies were left.  A true and correct copy of the Proof of Service

is attached as Exhibit "A".

3
4

     3.     More than twenty (20) days have elapsed since service was deemed complete upon

Defendant.

5
6
7

     4.     Defendant has failed to Answer or otherwise plead in response to Plaintiff's

Complaint or to serve a copy of an Answer or pleading upon Plaintiff or me.

8
9
10
11

     5.     This Declaration is executed in accordance with Rule 55(a) of the Federal Rules of

Civil Procedure for the purpose of enabling Plaintiff to obtain an entry of default against Defendant

Hildebrand & Sons Trucking, Inc., for Defendant's failure to Answer or otherwise defend as to

Plaintiff's Complaint.

12
13
14
15
16

     I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct and of my knowledge, except as to those matters stated herein on information and

belief, and as to those matters I believe them to be true.  Executed this 9th day of April, 2008 in

Oakland, California.

17
18

                    /s/Teague P. Paterson
                    TEAGUE P. PATERSON

19
20
21
22
23
24
25
26
27
28

2

**DECLARATION OF TEAGUE P. PATERSON IN SUPPORT OF**
**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK**
Case No. CV-07-5941 JW

80785.doc

**PROOF OF SERVICE**

**U.S. DISTRICT COURT CASE NO. CV-07-5941 JW**

I declare that I am employed in the County of Alameda, State of California.  I am over the age of eighteen (18) years and not a party to the within cause.  My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612.  On this day, I served the foregoing Document(s):

**DECLARATION OF TEAGUE P. PATERSON IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

Kelvin Hildebrand, President                    Dorothea M. Hildebrand, President
KELVIN HILDEBRAND, INC.                   HILDEBRAND & SONS TRUCKING, INC.
6 Lewis Road                                         6 Lewis Road
Watsonville, CA  95076                           Watsonville, CA  95076

Kathleen Espinoza, Office Manager         KELVIN HILDEBRAND
HILDEBRAND BROTHERS                       6 Lewis Road
TRUCKING                                            Watsonville, CA  95076
635 San Juan Pass Road
Corralitos, CA  95076

Diane Hildebrand, Owner
WEST COAST DRAYAGE
P.O. Box 400
Watsonville, CA  95077

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail.  Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare that the foregoing is true and correct.  Executed in Oakland, California, on this date, April 9, 2008.

_____/s/Tanya Gatt_____
Tanya Gatt, Secretary to Teague Paterson

3

DECLARATION OF TEAGUE P. PATERSON IN SUPPORT OF                    80785.doc
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. CV-07-5941 JW