# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN JOSE

| | |
|---|---|
| TRI-COUNTIES WELFARE TRUST FUND,<br><br>                              Plaintiff,<br><br>             v.<br><br>KELVIN HILDEBRAND, INC., HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING, d/b/a MG TRUCKING, and KELVIN HILDEBRAND,<br><br>                              Defendant. | Case No. CV-07-5941 JW<br><br>**[PROPOSED] ENTRY OF DEFAULT BY CLERK** |

It appears that Defendant Kelvin Hildebrand, Inc. is in default for failure to plead or otherwise defend as required by law in the above-captioned matter.

Accordingly, Default is hereby entered against Defendant Kelvin Hildebrand, Inc. on this _____ day of _____, 2008.

_____
CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK**
Case No. CV-07-5941 JW

80776.doc

1

**PROOF OF SERVICE**
**U.S. DISTRICT COURT CASE NO. CV-07-5941 JW**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing Document(s):

**[PROPOSED] ENTRY OF DEFAULT BY CLERK**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

| | |
|---|---|
| Kelvin Hildebrand, President<br>KELVIN HILDEBRAND, INC.<br>6 Lewis Road<br>Watsonville, CA 95076 | Dorothea M. Hildebrand, President<br>HILDEBRAND & SONS TRUCKING, INC.<br>6 Lewis Road<br>Watsonville, CA 95076 |
| Kathleen Espinoza, Office Manager<br>HILDEBRAND BROTHERS<br>TRUCKING<br>635 San Juan Pass Road<br>Corralitos, CA 95076 | KELVIN HILDEBRAND<br>6 Lewis Road<br>Watsonville, CA 95076 |
| Diane Hildebrand, Owner<br>WEST COAST DRAYAGE<br>P.O. Box 400<br>Watsonville, CA 95077 | |

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare that the foregoing is true and correct. Executed in Oakland, California, on this date, April 9, 2008.

                                                      /s/Tanya Gatt
                                        Tanya Gatt, Secretary to Teague Paterson