# EXHIBIT A

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612<br>Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | (510) 625-9700<br><br>Ref. No. Or File No.<br>W2487985 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES

Defendant:
KELVIN HILDEBRAND, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07-5941 JW |
|---|---|---|---|---|

I, Raymond Peterson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : KELVIN HILDEBRAND

By Serving : DON LAMBERT, Person in Charge

Address : 6 Lewis Road , Watsonville, California 95076
Date & Time : Thursday, December 6, 2007 @ 2:44 p.m.
Witness fees were : Not applicable.

Person serving:
Raymond Peterson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 68
  (3) County: Monterey
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: _____
Raymond Peterson



Printed on recycled paper

TEAGUE P. PATTERSON, ESQ. (226659)
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, California 94612
Telephone: (510) 625-9700
Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s) : TRUSTEES
Defendant(s) : KELVIN HILDEBRAND, et al.

Hearing Date:
Time:          Dept.

| Invoice No. W2487985 | DECLARATION RE DILIGENCE | Case No. 07-5941 JW |
|---|---|---|

I **Raymond Peterson** , and any employees or independent contractors retained by
WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years
and not a party to this action. Personal service was attempted on

### KELVIN HILDEBRAND

(3) Alternate Address :,
(2) Business Address : 6 Lewis Road, Watsonville, California 95076
(1) Residence Address :Unknown,

| Date and time of attempt(s): | Reason for non-service: | Loc |
|---|---|---|
| | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 12/04/07 12:00 p.m. | Subject not in. | B |
| 12/05/07 4:04 p.m. | Subject not in. | B |
| 12/06/07 2:44 p.m. | Subserved DON LAMBERT, Person in charge. | B |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 10, 2007          Signature:_____
                                                                    Raymond Peterson

**WHEELS OF JUSTICE, INC.,** 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| TEAGUE P. PATTERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | | (510) 625-9700 | |
| Attorneys for: TRUSTEES OF THE TRI-COUNTIES WELFARE | | Ref. No. Or File No.<br>W2487985 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

TRUSTEES

Defendant:

KELVIN HILDEBRAND, et al.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-5941 JW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 7, 2007, I served the within :

> SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

> KELVIN HILDEBRAND
> 6 Lewis Road
> Watsonville, California 95076

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 542
  (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: _____
Scott Simons



Judicial Council form, rule 982(a) (23)