**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              408.535.5364

April 16, 2008

RE:  <u>CV 07-05941 JW   TRI-COUNTIES WELFARE TRUST FUND -v- KELVIN
HILDEBRAND INC</u>

Default is declined as to defendant Kelvin Hildebrand, Inc., on 4/14/08.

RICHARD W. WIEKING, Clerk

by:  <u>Cindy Vargas</u>
Case Systems Administrator