**DEFAULT DECLINED**

4/14/08

RICHARD W. WIEKING, CLERK

BY _____
   DEPUTY CLERK

1  TEAGUE P. PATERSON, SBN 226659
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone:   (510) 625-9700
   Facsimile:   (510) 625-8275
4  Email:       tpaterson@beesontayer.com

5  Attorneys for Plaintiff
   TRI-COUNTIES WELFARE TRUST FUND

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN JOSE

| | |
|---|---|
| TRI-COUNTIES WELFARE TRUST FUND, | Case No. CV-07-5941 JW |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK** |
| v. | |
| KELVIN HILDEBRAND, INC., HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING, d/b/a MG TRUCKING, and KELVIN HILDEBRAND, | |
| Defendant. | |

TO: **CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Please enter the default of Defendant Kelvin Hildebrand, Inc. pursuant Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend as appears from the Declaration of Teague P. Paterson in Support of Request for Entry of Default by Clerk filed concurrently herewith. A proposed Order for this Request is also being filed concurrently herewith.

Dated: April 8, 2008

Respectfully Submitted,

BEESON, TAYER & BODINE, APC

By:   /s/Teague P. Paterson
      TEAGUE P. PATERSON
      Attorneys for TRI-COUNTIES WELFARE TRUST FUND

**PROOF OF SERVICE**
**U.S. DISTRICT COURT CASE NO. CV-07-5941 JW**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing Document(s):

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

Kelvin Hildebrand, President
KELVIN HILDEBRAND, INC.
6 Lewis Road
Watsonville, CA 95076

Dorothea M. Hildebrand, President
HILDEBRAND & SONS TRUCKING, INC.
6 Lewis Road
Watsonville, CA 95076

Kathleen Espinoza, Office Manager
HILDEBRAND BROTHERS TRUCKING
635 San Juan Pass Road
Corralitos, CA 95076

KELVIN HILDEBRAND
6 Lewis Road
Watsonville, CA 95076

Diane Hildebrand, Owner
WEST COAST DRAYAGE
P.O. Box 400
Watsonville, CA 95077

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare that the foregoing is true and correct. Executed in Oakland, California, on this date, April 9, 2008.

/s/Tanya Gatt
Tanya Gatt, Secretary to Teague Paterson