**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 16, 2008

RE: <u>CV 07-05941 JW</u>   <u>TRUSTEES OF THE TRI-COUNTIES-v- KELVIN HILDEBRAND INC</u>

Default is declined as to  as to defendant Kelvin Hildebrand,on 4/14/08.

RICHARD W. WIEKING, Clerk

by: <u>Cindy Vargas</u>
Case Systems Administrator