**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 16, 2008

RE:  CV 07-05941 JW   TRUSTEES OF THE TRI-COUNTIES-v- KELVIN HILDEBRAND INC

Default is declined as to as to defendant West Coast Drayage on 4/14/08.

RICHARD W. WIEKING, Clerk

by: Cindy Vargas  
Case Systems Administrator