United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the Tri-Counties Welfare Trust Fund,<br><br>    Plaintiff,<br>  v.<br><br>Kelvin Hildebrand, Inc., et al.,<br><br>    Defendants.<br>_____/ | NO. C 07-05941 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of Plaintiff's requests for entry of default against Defendants, the Court VACATES the case management conference currently scheduled for Monday, April 21, 2008 at 10 a.m. Plaintiff shall duly prosecute this case upon the Clerk's entries of default by properly noticing Motions for Default Judgment and bringing this case to a close.

Dated: April 16, 2008

                                          JAMES WARE<br>
                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Teague Pryde Paterson tpaterson@beesontayer.com

**Dated:  April 16, 2008**               **Richard W. Wieking, Clerk**

                                                   **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California