<div style="float:left">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>KELVIN HILDEBRAND INC,<br><br>        Defendant(s).<br>_____/ | No. C 07-05941 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following motions:

1) MOTION to Strike docket entry 4 , 5 , 6 , 11 and 12 from the docket sheet and

2) MOTION to correct the docket and

3) MOTION for an order from the court directing the Clerk of Court to enter defaults of the defendants before Judge James Ware previously noticed for June 27, 2008 at 9:00 AM , has been reset to **September 15, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated:  May 14, 2008

                                                                         FOR THE COURT,<br>
                                                                         Richard W. Wieking, Clerk

                                          by:  _____/s/_____<br>
                                                        Elizabeth Garcia<br>
                                                        Courtroom Deputy