TEAGUE P. PATERSON, SBN 226659
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:       tpaterson@beesontayer.com

Attorneys for Plaintiff TRUSTEES OF THE
TRI-COUNTIES WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>KELVIN HILDEBRAND, INC., HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING, d/b/a MG TRUCKING, and KELVIN HILDEBRAND,<br><br>Defendant. | Case No. CV-07-5941 JW<br><br>**NOTICE TO DISMISS WITHOUT PREJUDICE**<br>**[FRCP 41(a)(1)]** |

Pursuant to FRCP 41(a)(1), and no Answer having been served by Defendant Hildebrand & Sons Trucking, Inc., Plaintiff Trustees of the Tri-Counties Welfare Trust Fund hereby dismisses the Complaint against Defendant Hildebrand & Sons Trucking, Inc. **without** prejudice to refile.

Dated: July 28, 2008

**IT IS SO ORDERED:**

Defednant Hildebrand & Sons Trucking, Inc. is dismissed without prejudice. The Clerk shall terminate the defendant.

Dated: July 30, 2008

*James Ware*
U.S. District Judge

Respectfully Submitted,

BEESON, TAYER & BODINE, APC

By:   /s/ Teague P. Paterson
TEAGUE P. PATERSON
Attorneys for Plaintiff TRUSTEES OF THE
TRI-COUNTIES WELFARE TRUST FUND

## PROOF OF SERVICE

### U.S. DISTRICT COURT CASE NO. CV-07-5941 JW

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing Document(s):

**NOTICE TO DISMISS WITHOUT PREJUDICE**
**[FRCP 41(a)(1)]**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

Kelvin Hildebrand, President
KELVIN HILDEBRAND, INC.
6 Lewis Road
Watsonville, CA 95076

Dorothea M. Hildebrand, President
HILDEBRAND & SONS TRUCKING, INC.
6 Lewis Road
Watsonville, CA 95076

Kathleen Espinoza, Office Manager
HILDEBRAND BROTHERS TRUCKING
635 San Juan Pass Road
Corralitos, CA 95076

KELVIN HILDEBRAND
6 Lewis Road
Watsonville, CA 95076

Diane Hildebrand, Owner
WEST COAST DRAYAGE
P.O. Box 400
Watsonville, CA 95077

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare that the foregoing is true and correct. Executed in Oakland, California, on this date, July 29, 2008.

/s/Tanya Gatt
Tanya Gatt