1  TEAGUE P. PATERSON, SBN 226659
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612
3  Telephone:    (510) 625-9700
   Facsimile:     (510) 625-8275
4  Email:         tpaterson@beesontayer.com

5

   Attorneys for Plaintiff TRUSTEES OF THE
6  TRI-COUNTIES WELFARE TRUST FUND

7
                        UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                 AT SAN JOSE
10

11 | TRUSTEES OF THE TRI-COUNTIES          | Case No. CV-07-5941 JW
   | WELFARE TRUST FUND,                   |
12 |                                       | **NOTICE TO DISMISS WITHOUT**
   |                          Plaintiff,   | **PREJUDICE**
13 |                  v.                   | **[FRCP 41(a)(1)]**
14 | KELVIN HILDEBRAND, INC.,              |
   | HILDEBRAND & SONS TRUCKING, INC.,     |
15 | WEST COAST DRAYAGE, HILDEBRAND        |
   | BROTHERS TRUCKING, MORYA              |
16 | GULARTE TRUCKING, d/b/a MG            |
   | TRUCKING, and KELVIN HILDEBRAND,      |
17 |                                       |
   |                          Defendant.   |
18

         Pursuant to FRCP 41(a)(1), and no Answer having been served by Defendant Morya Gularte

19 Trucking d/b/a MG Trucking, Plaintiff Trustees of the Tri-Counties Welfare Trust Fund hereby

20 dismisses the Complaint against Defendant Morya Gularte Trucking d/b/a MG Trucking **without**

21 **prejudice** to refile.

22

23 Dated:  July 28, 2008                        Respectfully Submitted,

24 **IT IS SO ORDERED:**                        BEESON, TAYER & BODINE, APC

25 Defendant Morya Gularte d/b/a MG Trucking
   is dismissed without prejudice.  The clerk shall  By: _____ /s/ Teague P. Paterson_____
26 terminate the defendant from the case docket.       TEAGUE P. PATERSON
                                                       Attorneys for Plaintiff TRUSTEES OF THE
27 Dated: July 30, 2008                                TRI-COUNTIES WELFARE TRUST FUND
                          _James Ware_
28                        U.S. District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

28

26

27

28

## PROOF OF SERVICE

### U.S. DISTRICT COURT CASE NO. CV-07-5941 JW

 I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing Document(s):

### NOTICE TO DISMISS WITHOUT PREJUDICE
### [FRCP 41(a)(1)]

 ☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

Kelvin Hildebrand, President
KELVIN HILDEBRAND, INC.
6 Lewis Road
Watsonville, CA  95076

Dorothea M. Hildebrand, President
HILDEBRAND & SONS TRUCKING, INC.
6 Lewis Road
Watsonville, CA  95076

Kathleen Espinoza, Office Manager
HILDEBRAND BROTHERS
TRUCKING
635 San Juan Pass Road
Corralitos, CA  95076

KELVIN HILDEBRAND
6 Lewis Road
Watsonville, CA  95076

Diane Hildebrand, Owner
WEST COAST DRAYAGE
P.O. Box 400
Watsonville, CA  95077

 ☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

 ☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

 ☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

 I declare that the foregoing is true and correct. Executed in Oakland, California, on this date, July 29, 2008.

_____/s/Tanya Gatt_____
Tanya Gatt