

Teague Paterson, SBN 226659
Zachary N. Leeds, (Pro Hac Vice)
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA 94612    (510) 625-9700

**FILED**
2008 SEP -8  P 2:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE TRI-COUNTIES
WELFARE TRUST FUND,

    Plaintiff(s),

v.

KELVIN HILDEBRAND, INC., et al.

    Defendant(s).

CASE NO. CV-07-5941 JW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Zachary N. Leeds, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Trustees of the Tri-Counties in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Teague P. Paterson (Lead Attorney), BEESON, TAYER & BODINE,
    1404 Franklin St., 5th Fl., Oakland, CA 94612 (510) 625-9700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2008

                                    Zachary N. Leeds