TEAGUE P. PATERSON, SBN 226659
ZACHARY N. LEEDS (pro hac vice)
BEESON, TAYER & BODINE, APC
Telephone:   510/625-9700
Facsimile:   510/625-8275
Email:       tpaterson@beesontayer.com»

**FILED**

2008 SEP -8  P 2: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Plaintiff
Tri-Counties Welfare Trust Fund

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### AT SAN JOSE

| | |
|---|---|
| TRI-COUNTIES WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>KELVIN HILDEBRAND, INC., HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING, d/b/a MG TRUCKING, and KELVIN HILDEBRAND,<br><br>Defendant. | Case No. CV-07-5941 JW<br><br>**ADDENDUM TO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Hearing Date:      September 15, 2008<br>Hearing Time:      9:00 am<br>Courtroom:         Courtroom 8, 4th Fl<br>Judge:             James Ware<br>Complaint Filed:<br>Trial Date: |

Pursuant to Local Rule 11-3, and in conjunction with the *pro hac vice* application filed herewith, I declare under penalty of perjury I am a resident of California, but have been for less than one year, have registered with, and completed all required applications for admission to the State Bar of California, and have passed the Bar exam.

Dated: September 8, 2008

BEESON, TAYER & BODINE, APC

By: _____
ZACHARY N. LEEDS
Attorneys for Tri-Counties Welfare Trust Fund

ADDENDUM TO APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

92693.doc



Case No. CV-07-5941 JW