UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE TRI-COUNTIES
WELFARE TRUST FUND,

        Plaintiff(s),

v.

KELVIN HILDEBRAND, INC., et al.

        Defendant(s).

CASE NO. CV-07-5941-JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Zachary N. Leeds, an active member in good standing of the bar of United States District Court, State of New York (particular court to which applicant is admitted) whose business address and telephone number is Beeson, Tayer & Bodine
1404 Franklin Street, Fifth Floor
Oakland, California 94612
(510) 625-9700
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 8, 2008

United States District Judge

