**PROOF OF SERVICE**            FILED

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

2008 SEP -8 P 2: 08

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is: On this day, I served the foregoing Document(s):

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* ; ADDENDUM TO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of, California.

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

Kelvin Hildebrand, President
KELVIN HILDEBRAND, INC.
6 Lewis Road
Watsonville, CA 95076

KELVIN HILDEBRAND
6 Lewis Road
Watsonville, CA 95076

Kathleen Espinoza, Office Manager
HILDEBRAND BROTHERS TRUCKING
635 San Juan Pass Road
Corralitos, CA 95076

Diane Hildebrand, Owner
WEST COAST DRAYAGE
P.O. Box 400
Watsonville, CA 95077

I declare under penalty of perjury that the foregoing is true and correct. Executed in, California, on this date, September 8, 2008.

Barbara J. Holton
BEESON, TAYER & BODINE, APC

ADDENDUM TO APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE

92693.doc

Case No. CV-07-5941 JW

ORIGINAL   FAXED