United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the Tri-Counties Welfare Trust Fund,<br><br>    Plaintiff,<br>  v.<br><br>Kelvin Hildebrand, Inc., et al.,<br><br>    Defendants.<br>_____/ | NO. C 07-05941 JW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND CORRECT THE DOCKET; DIRECTING THE CLERK TO ENTER DEFAULT** |

Presently before the Court is Plaintiff's Motion to Strike and Correct the Docket and for an order Directing the Clerk of Enter Default. (Docket Item No. 39.) The Court finds that the Docket Item Nos. 4, 5, 6, 12, and 13 are not responsive pleadings within the meaning of Rules 10 and 11 of Fed. R. Civ. P. In addition, the corporate defendants' letters are not responsive pleadings because the law does not permit corporate defendants to represent themselves in court.[1]

Accordingly, the Court orders Docket Item Nos. 4, 5, 6, 12 and 13 stricken from the Docket. Further, the Clerk of Court shall enter the default of Defendants Kelvin Hildebrand, Inc., Hildebrand & Sons Trucking, Inc., West Coast Drayage, Hildebrand Brothers Trucking and Kelvin Hildebrand.

---

[1] As a general rule, a corporation, unincorporated association, or partnership may not appear *pro se* in any action. United States v. High County Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993); Bigelow v. Brady, 179 F.3d 1164, 1165 (9th Cir. 1999); See Civ. L.R. 3-9(b).

1   Plaintiff shall serve this Order on all Defendants. In light of this Order, the hearing on
2   Plaintiff's motion currently set for September 15, 2008 is VACATED.

4   Dated: September 11, 2008

    JAMES WARE
    United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Teague Pryde Paterson tpaterson@beesontayer.com

**Dated:  September 11, 2008**                                   **Richard W. Wieking, Clerk**

                                                                                      **By:   /s/ JW Chambers               **
                                                                                                 **Elizabeth Garcia**
                                                                                                 **Courtroom Deputy**