**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 12, 2008

RE:  <u>CV 07-05941 JW</u>        <u>TRUSTEES OF THE TRI-COUNTIES-v- KELVIN HILDEBRAND INC</u>., et.al.

Default is entered as to ***Defendants Kelvin Hildebrand, Inc., Hildebrand & Sons Trucking, Inc., West Coast Drayage, Hildebrand Brothers Trucking and Kelvin Hildebrand.*** on 9/12/08.

RICHARD W. WIEKING, Clerk

by <u>Cindy Vargas</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89