**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware
5/18/2009

1  TEAGUE P. PATERSON, SBN 226659
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone: (510) 625-9700
   Facsimile: (510) 625-8275
4  Email: tpaterson@beesontayer.com

6  Attorneys for Plaintiff TRUSTEES OF THE
   TRI-COUNTIES WELFARE TRUST FUND

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND,<br><br>                            Plaintiff,<br><br>   v.<br><br>KELVIN HILDEBRAND, INC., HILDEBRAND & SONS TRUCKING, INC., WEST COAST DRAYAGE, HILDEBRAND BROTHERS TRUCKING, MORYA GULARTE TRUCKING, d/b/a MG TRUCKING, and KELVIN HILDEBRAND,<br><br>                            Defendant. | Case No. CV-07-5941 JW<br><br>**NOTICE TO DISMISS WITH PREJUDICE [FRCP 41(a)(1)]** |

Pursuant to FRCP 41(a)(1), and no Answer having been served by Defendants, and the parties having entered into a settlement agreement and guarantee that fully resolves this matter, Plaintiff Trustees of the Tri-Counties Welfare Trust Fund hereby dismisses the Complaint against all Defendants with Prejudice.

Dated: May 7, 2009                    Respectfully Submitted,

                                      BEESON, TAYER & BODINE, APC


                                      By:  /s/ Teague Paterson
                                           TEAGUE P. PATERSON
                                           Attorneys for Plaintiff TRUSTEES OF THE
                                           TRI-COUNTIES WELFARE TRUST FUND

**NOTICE TO DISMISS ACTION WITH PREJUDICE**                                        111789
Case No. CV-07-5941 JW

1  ***** IT IS SO ORDERED: *****

2  The Court GRANTS the Notice of Dismissal with Prejudice.  The Court terminates any remaining
3  pending deadlines, hearings and motions.  The Clerk shall close this file.

4
5
6  Dated:  May 18, 2009                                          _____
7                                                                                 United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
28
26
27
28